**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | |
| | * |
| Vs | CR. NUM. 19-604 (PAD) |
| | * |
| JUAN C. BORRERO-RAMIREZ | |
| Defendant | * |

\* \* \* \* \* \* \*

**Motion Requesting Authorization to Travel**

TO THE HON. PEDRO DELGADO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

COMES NOW Mr. Juan C. Borrero-Ramirez, defendant number 17, represented by the undersigned, and respectfully STATES and PRAYS:

1. The undersigned represents Mr. Borrero-Ramirez under appointment by the Court.

2. On February 22, 2021, the Government notified an evidence inspection. The same will be held in HSI's Ponce Office. See Government's *Informative Motion*, at docket no. 742.

3. The District's CJA plan requires prior Court authorization for case-related travel outside the San Juan metropolitan area.

4. Given the above, it is requested that the Court authorize counsel to travel to Ponce, Puerto Rico, for the evidence inspections.

I HEREBY CERTIFY that on February 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Court and to all counsels of record.

In San Juan, Puerto Rico, this February 24, 2021.

                    ***S/ Juan F. Matos de Juan***
                    Juan F. Matos de Juan
                    USDC-PR 207605
                    255 Ponce de Leon, suite 1207
                    Hato Rey, PR, 00917
                    Telephone: (787) 509-2335
                    E-Mail: matosdejuan@gmail.com